IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Case No. 1:05cr105-WHA |
| | ) | (wo) |
| FREDRICK RICHARDS | ) | |

## **ORDER**

Upon consideration of the Defendant's Motion to Terminate Supervised Release (Doc. #53), and after consulting with the Defendant's Probation Officer, the court finds that there is good cause to terminate supervision at this time. The court congratulates the Defendant on his successful rehabilitation and wishes him a happy and productive future.

It is ORDERED that the Motion is GRANTED and the Defendant's supervised release is terminated as of this date.

The Clerk is DIRECTED to furnish a copy of this Order to the Defendant at the mailing address provided in his Motion (Doc. #53).

DONE this 23rd day of June, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE